

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00436-CV

| | | |
|---|---|---|
| Christopher Brown and Carrie Brown | § | From the 48th District Court |
| | § | of Tarrant County (48-243196-10) |
| v. | | |
| | § | August 22, 2013 |
| Enterprise Recovery Systems, Inc. | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the portion of the trial court's judgment as to Christopher Brown's and Carrie Brown's DTPA claim, their Texas Fair Debt Collection Practices Act claim, their claim for treble damages under the TCPA, and their claim for a violation of § 1692E(5) of the FDCPA. We reverse the portion of the trial court's judgment as to Christopher Brown's and Carrie Brown's claims for violations of the TCPA, § 1692D(5) of the FDCPA, and § 1692D(6) of the FDCPA and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____

    Justice Lee Ann Dauphinot